**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                  Case No. _____

**DAVID CORREA, HECTOR M**              Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **1/21/2009**                           ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION               Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **60** = $ **15,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                       TOTAL: $ **15,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

       PROPOSED BASE: $ **15,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,474.00**

Signed: **/s/ HECTOR M DAVID CORREA**
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RG MORTGAGE COR**   Cr. _____   Cr. _____
   # _____              # _____              # _____
   $ **500.00**            $ _____              $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
   # _____             # _____             # _____
   $ _____            $ _____            $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
   # _____             # _____             # _____
   $ _____            $ _____            $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
   **COOP. A/C CRISTOI**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **RG MORTGAGE COR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. **COOP. A/C CRISTOI**   Cr. _____   Cr. _____
   # **200412**           # _____             # _____
   $ **11,286.00**        $ _____            $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**COOP. CRISTOBAL RODRIGUEZ HIDALGO ($11,286.00) TO BE PAY AHEAD**

Attorney for Debtor **ANTONIO ORTIZ RODRIGUEZ**       Phone: **(787) 825-8327**

CHAPTER 13 PAYMENT PLAN

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only